UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SELBY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY, as trustee for ADVANTA BUSINESS CARD MASTER TRUST, et al.,<br><br>Defendants. | Civil No.12cv1562 AJB (BGS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS DEUTSCHE BANK TRUST COMPANY AMERICAS AND CARDWORKS, INC.<br><br>[Doc. No. 69] |

Plaintiff Jacqueline Selby and Defendants Deutsche Bank Trust Company Americas and Cardworks, Inc. ("Moving Defendants") ask this Court to dismiss Moving Defendants from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court having reviewed the joint motion and finding good cause, hereby DISMISSES Moving Defendants from the action with prejudice. Each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 25, 2013

Hon. Anthony J. Battaglia
U.S. District Judge