David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
watkinss@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

*Attorneys for Defendant*
*Sage Capital Recovery, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Selby, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Sage Capital Recovery, LLC,<br><br>    Defendant. | Case no. 3:12-cv-01562-AJB-BGS<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the memorialization of their agreement, and file a stipulation of dismissal with prejudice as to plaintiff JACQUELINE SELBY, and without prejudice as to the putative class members, within 45 days from the date of this notice.

\\\

1 | In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Dated: March 10, 2015     **CARLSON & MESSER LLP**

By   s/ David J. Kaminski
     David J. Kaminski
     Stephen A. Watkins
     *Attorneys for Defendant,*
     *SAGE CAPITAL RECOVERY, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this **10th** of **March 2015**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

mark@ankcorn.com

                                        /s/ David J. Kaminski
                                        David J. Kaminski