# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SELBY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY, as trustee for ADVANTA BUSINESS CARDWORKS, INC., and SAGE CAPITAL RECOVERY, LLC,<br><br>Defendants. | Case No. 12-cv-1562 BAS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF 80]** |

Pending before the Court is the parties' joint motion to dismiss this matter. ECF 80. The parties request that the Court dismiss Plaintiff Jacqueline Selby's claims with prejudice and dismiss the putative class action without prejudice. Good Cause appearing therefor, the Court **GRANTS** the motion and **DISMISSES** Selby **WITH PREJUDICE** and the putative class action **WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

**DATED: May 19, 2015**

Hon. Cynthia Bashant
United States District Judge